UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

**ADEEB ADEEB-MNASAR SALEH,**

    Plaintiff,

v.

**ANTONY J. BLINKEN,** Secretary of State, United States Department of State, in his official capacity,

    Defendant.

Civil No. 21-10596

Honorable Robert H. Cleland

Mag. Judge Elizabeth A. Stafford

## STIPULATED ORDER TO STAY CASE

Plaintiff, Adeeb Adeeb-Mnasar Saleh, and Defendant, Antony J. Blinken, Secretary of State, United States Department of State, by and through their undersigned counsel, have submitted a stipulation asking the Court to stay the case for the following reasons:

1. The parties have reached a tentative settlement agreement;

2. The parties are attempting to finalize their settlement agreement, but finalization requires the submission of certain materials by Plaintiff and the processing of those materials by the United States Department of State;

3. The parties anticipating filing a stipulated dismissal of this action as soon as the materials are submitted and the agency issues a final decision on the passport application at issue in this case;

4. The parties will file a joint update with the Court should this issue not be resolved within 60 days;

5. The Court has the inherent authority to stay the case under Rule 6(b) of the Federal Rules of Civil Procedure and under its inherent authority to manage its docket.

The Court has reviewed the parties' request and holds that the parties have provided a supported and reasonable basis for the requested stay, and therefore this action will be stayed.

IT IS SO ORDERED.

                                                s/Robert H. Cleland
                                                ROBERT H. CLELAND
                                                United States District Judge

Dated: August 20, 2021

STIPULATED AND AGREED TO BY:

|  | SAIMA MOHSIN<br>Acting United States Attorney |
|---|---|
| By: */s/ Farah Hoballah (w/consent)*<br>**FARAH HOBBALLAH (P79479)**<br>Hobballah Legal Group, PLC<br>16030 Michigan Ave., Suite 100<br>Dearborn, MI  48126<br>Office: (313) 443-8999<br>Email: farah@myfarahlawyer.com<br>*Attorney for Plaintiff* | By: */s/ James J. Carty*<br>**JAMES J. CARTY (P74978)**<br>Assistant United States Attorney<br>211 W. Fort St., Suite 2001<br>Detroit, MI  48226<br>Office: (313) 226-9705<br>Email: james.carty@usdoj.gov<br>*Attorneys for Defendant* |
| Dated: August 13, 2020 | Dated: August 13, 2020 |

3